UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alexis Herman,
    Plaintiff,
    V.
Shalom Rental Corp., et al.,
    Defendants.

CASE NUMBER: 98-2223 (HL)

## ORDER

The pretrial and settlement conference scheduled for April 11, 2000 at 2:00 p.m. is hereby changed to April 17, 2000 at 2:00 p.m.

Date 4/4/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge



