UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alexis M. Herman,
Secretary of Labor,
    Plaintiff,
    V.
Shalom Rental Corp, et al.,
    Defendants.

CASE NUMBER: 98-2223 (HL)

| MOTION |
|---|
| Date Filed: 4/6/00   Docket #12   [x] Plffs  [] Defts<br>Title: Motion Requesting Admission to the Bar<br>Opp'n Filed:   Docket # |
| **ORDER** |
| Granted. |

Date 4-10-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


