UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Alexis M. Herman,
    Plaintiff,
    V.                                          CASE NUMBER: 98-2223 (HL)
Shalom Rental Corp., et al.,
    Defendants.

## MINUTES

A pretrial and settlement conference was held in the chambers of the undersigned on April 17, 2000. Counsel for Plaintiff included John Campbell and Fidel A. Sevillano del Rio. Counsel for Defendants was Anibal Escanellas. The parties discussed settlement, but they did not reach an agreement. The Court gave Defendants until April 18, 2000 to submit certain financial records and documents to Plaintiff. The Court gave the parties until April 26, 2000 to file with the Court a motion informing the Court of the final outcome of the parties' settlement discussions. The trial in this case remains set for May 1, 2000.

Date 4-19-00          HECTOR M. LAFFITTE
                               Chief U.S. District Judge