UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alexis Herman
v.
Shalom Rental Corp, et al

CASE NUMBER: 98-2223

| MOTION | ORDER |
|---|---|
| **Date Filed:**  Docket # <br> [ ] Plffs   [ ] Defts   [ ] Other <br> **Title:** | The bench trial scheduled for May 1, 2000, is hereby continued. The Court will reschedule the trial at a later date. |

Date 4/26/00

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

