UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Alexis M. Herman,
Secretary of Labor,
    Plaintiff,
    V.                                                      CASE NUMBER: 98-2223 (HL)
Shalom Rental and Sales Corp., et al.,
    Defendants.

| MOTION |
|---|
| Date Filed: 5/19/00    Docket # 18    [x] Plffs [] Defts<br>Title: Informative Motion<br>Opp'n Filed:    Docket # |

| ORDER |
|---|
| Noted. Defendants shall respond to Plaintiff's settlement offer by May 30, 2000. If the parties do not reach settlement, they shall jointly file a list of proposed trial dates by June 5, 2000. |

Date 5/25/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


