UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                     DATE: MAY 1, 2002

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIV. 98-2223(JAG)**

================================================================

ALEXIS HERMAN                              ATTORNEYS:

    VS

SHALOM RENTAL

---

By Order of the Court the pretrial/settlement conference in the above-mentioned case set for Wednesday, May 22, 2002 is hereby rescheduled for **3:30 PM**.

    Parties to be notified.

                                                    Lily Alicea-Courtroom Deputy


