CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 MAY 23 AM 10:58

RECEIVED AND FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor

**Plaintiff(s)**

v.

SHALOM RENTAL AND SALES
CORPORATION, et al

**Defendant(s)**

CIVIL NO.   98-2223 (JAG)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/16/02<br>**Title:** Plainiff's Motion to Approve Mediation Plan<br>**Docket(s):** 26<br><br>[ X ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | The Court **grants** Plaintiff's Motion to Approve Mediation Plan. The Trial Scheduling Order is modified as follows:<br><br>1. The parties shall file their Joint Pretrial Order and the Court will hold a final Settlement and Pretrial Conference on **August 8, 2002 at 3:30 p.m.**<br><br>2. Trial shall commence on **August 15, 2002.**<br><br>All other terms and conditions in the Trial Scheduling Order shall remain in effect |

Date: May 22, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge